**WO**

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

IN RE:
Non-Judicial Civil Forfeiture Proceeding
involving Federal Bureau of Investigation
seizure of:

Wells Fargo Bank account #s 0197259708,
0197259666 and 0467847240;

Fidelity Investments Account number Y03-
0603584 in the name of David J. Miller
(Approximately 3,000);

Waterman State Bank account number
4283209 in the name of David J. Miller ($
225,056.94);

Proceeds from the sale of 1998 BMW, VIN
WBAGK232XWDH68944;

Proceeds from the sale of 2002 GMC
DENALI, VIN 1GKFK66U72J252069;

Proceeds from the sale of 2001 HARLEY
DAVIDSON, VIN 1HD1PCC121Y950531;

2002 YAMAHA ATV, Model YFZ350, VIN
JY43GG0302C031423;

$50,200.00 U.S. currency.

MISC 04-121-PHX-NVW

**ORDER
EXTENDING UNITED
STATES' TIME TO FILE
COMPLAINT FOR FORFEITURE**
(Eighth Request)

AN AGREEMENT having been reached between the Parties, the United States of America and David Jason Miller, by and through his attorney, Scott Goldberg, who has filed a claim to the following:

1. $5,639.61in funds from Wells Fargo Account #0197259708;

2. $9,890.27 in funds from Wells Fargo Account #0197259666;

3. $225,056.94 in funds from Waterman State Bank Account #4283209;

4. $3,926.36 in funds from Fidelity Investments Account #Y03-0603584;

5. $3,317.37 in funds from Wells Fargo Account #0467847240;

6. Proceeds from the sale of a 2002 GMC Denali Yukon XL, VIN#1GKEK66U72J252069;

7. Proceed from the sale of a 1998 BMW 750IL, VIN#WBACK23XWD68944;

8. Proceeds from the sale of a 2001 Harley Davidson Ultra Classic Elec Glide,

9. 2002 YAMAHA ATV, Model YFZ350, VIN JY43GG0302C031423;

10. $50,200.00 U.S. currency;

in a non-judicial civil forfeiture proceeding with the Federal Bureau of Investigation, as provided in 18 U.S.C. § 983(a)(3)(A), to extend the time in which the United States is required to file a complaint for forfeiture against the property, or obtain an Indictment containing an allegation that the property is subject to forfeiture; and

The Parties, based on their Stipulation, having jointly moved the Court to extend the time in which the United States is required to file a complaint for forfeiture against the property, or obtain an Indictment containing an allegation that the property is subject to forfeiture, and

The Court being authorized by 18 U.S.C. § 983(a)(3)(A) to extend the time in which the United States is required to file a complaint for forfeiture against the property, or obtain an Indictment containing an allegation that the property is subject to forfeiture;

/ / / /

/ / / /

/ / / /

2

IT IS HEREBY ORDERED, under 18 U.S.C. § 983(a)(3)(A)-(C), that the date by which the United States is required to file a complaint for forfeiture against the property, or obtain an Indictment containing an allegation that the property is subject to forfeiture, is extended from October 21, 2005 to November 30, 2005.

DATED this 25th day of October, 2005.


_____
Neil V. Wake
United States District Judge

3